UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTIAN DOSCHER,<br><br>              Plaintiff,<br><br>     v.<br><br>PUBLIC STORAGE, et al.,<br><br>              Defendants. | CASE NO. C13-5457 BHS<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING COMPLAINT |

This matter comes before the Court on Plaintiff Christian Doscher's ("Doscher") motion to proceed *in forma pauperis* (Dkt. 1) and proposed complaint (Dkts. 1-2 & 1-3) ("Complaint").

On June 10, 2013, Doscher filed the instant motion and the proposed complaint asserting state law causes of action. Complaint, § R. Doscher argues that the Court has jurisdiction to hear this case because the parties are diverse and the amount in controversy is in excess of the jurisdictional limit. *Id*. § B. One of the Defendants, however, Sue Maltempi, is a resident of Washington (*id*. § A), and Doscher is also a resident of Washington (Dkt. 1-4).

1     The district court may permit indigent litigants to proceed *in forma pauperis* upon
2 completion of a proper affidavit of indigency.  *See* 28 U.S.C. § 1915(a).  However, the
3 "privilege of pleading *in forma pauperis* . . . in civil actions for damages should be
4 allowed only in exceptional circumstances."  *Wilborn v. Escalderon*, 789 F.2d 1328 (9th
5 Cir. 1986).  Moreover, the court has broad discretion in denying an application to proceed
6 *in forma pauperis*.  *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375
7 U.S. 845 (1963).

8     "If the court determines at any time that it lacks subject-matter jurisdiction, the
9 court must dismiss the action."  Fed. R. Civ. P. 12(h)(3).

10     In this case, Doscher has failed to meet his burden to proceed *in forma pauperis*.
11 While Doscher may qualify financially, the Court does not have jurisdiction to hear this
12 case because there is not complete diversity between the parties.  Therefore, the Court
13 **DENIES** the motion to proceed *in forma pauperis* and **DISMISSES** the complaint for
14 lack of subject-matter jurisdiction.

15     **IT IS SO ORDERED.**

16     Dated this 12th day of June, 2013.

                                        BENJAMIN H. SETTLE
                                        United States District Judge